IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA DONTAE CUMMINGS**　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC # 172826**

v.　　　　　　　　　　　No. 4:24-CV-00931-JM

**WELL PATH MEDICAL LLC,**
**Cummins Unit Infirmary, ADC,** *et al.*　　　　　　　　　**DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Joshua Dontae Cummings's motion for voluntary dismissal. *Doc. 18*. Cummings states that he is asserting his claims in a new case "to be sure that [his] other exhausted remedies are noticed." *Id.*

The motion for voluntary dismissal (*Doc. 18*) is GRANTED, and this case is dismissed without prejudice. The motion for status update (*Doc. 17*) is DENIED as moot.

IT IS SO ORDERED this 29th day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE