IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA DONTAE CUMMINGS**                                                                   **PLAINTIFF**
**ADC # 172826**

v.                                       No. 4:24-CV-00931-JM

**WELL PATH MEDICAL LLC,**
**Cummins Unit Infirmary, ADC,** *et al.*                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 29th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE